UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Plaintiff,   In re Specialist and Other Vessel Owner Limit

-v-

Defendant.

-------------------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

16-cv-4643   (KBF) ( )

Related Cases:
16-cv-2515 (KBF)
16-cv-3353 (KBF)
16-cv-3579 (KBF)
16-cv-5010 (KBF)
16-cv-7001 (KBF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☒ Specific Non-Dispositive Motion/Dispute:*
   Note motions at ECF Nos. 355, 366, 369
   in 16-cv-4643

☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

☐ All such motions: _____

*Do not check if already referred for general pretrial.

Dated Aug 29, 2018

SO ORDERED:

K. B. Forrest

United States District Judge